IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MIKE PEARSON**                                                                           **PLAINTIFF**

**V.**                            **NO. 3:24CV00236-JM**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                         **DEFENDANT**

## ORDER OF DISMISSAL

This case is dismissed with prejudice due to settlement. The Clerk is directed to close the case.

IT IS SO ORDERED this 16th day of January, 2025.

_____
James M. Moody Jr.
United States District Judge